## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
SHIRLEY A TOMS  
368 INDIAN MOUND RD  
COLUMBUS, OH  43213

Case No:  09-60826

Judge:  C KATHRYN PRESTON

SSN(S):    XXX-XX-7174

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  January 06, 2011

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| REHABILITATION MEDICINE INC<br>PO BOX 1090<br>WORTHINGTON, OH  43085 | 0.21 |